Allegheny Contracting, LLC
13374 Boot Jack Rd.
Ridgway, PA. 15853

Derek S Kerr
8 Elm Drive
Brookville, PA 15825

Direct Deposit

**Employee Pay Stub**

Pay Period: 08/11/2019 - 08/17/2019      Pay Date: 08/23/2019

**Employee**
Derek S Kerr, 8 Elm Drive, Brookville, PA 15825

| SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|
|  | Married/Withhold | Fed-2/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Field | 40:00 | 19.00 | 760.00 | 3,743.00 |
| Overtime (x1.5) hourly - Field | 2:35 | 28.50 | 73.63 | 828.88 |
| Travel Per Diem |  |  |  | 50.00 |
|  | 42:35 |  | 833.63 | 4,621.88 |

| Direct Deposit | Amount |
|---|---|
|  | 538.42 |

Memo
Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Wage Tax | -8.34 | -45.72 |
| Occupational Tax | -1.00 | -5.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -46.00 | -280.00 |
| Social Security Employee | -51.69 | -283.46 |
| Medicare Employee | -12.09 | -66.29 |
| PA - Withholding | -25.59 | -140.34 |
| PA - Unemployment Employee | -0.50 | -2.74 |
|  | -145.21 | -823.55 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support Garnishment | -150.00 | -750.00 |

| Net Pay | 538.42 | 3,048.33 |
|---|---|---|

Allegheny Contracting, LLC
13374 Boot Jack Rd.
Ridgway, PA. 15853

Derek S Kerr
8 Elm Drive
Brookville, PA 15825

Direct Deposit

## Employee Pay Stub

**Employee**
Derek S Kerr, 8 Elm Drive, Brookville, PA 15825

Pay Period: 08/04/2019 - 08/10/2019   Pay Date: 08/16/2019

| SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|
|  | Married/Withhold | Fed-2/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Field | 40:00 | 19.00 | 760.00 | 2,983.00 |
| Overtime (x1.5) hourly - Field | 10:05 | 28.50 | 287.37 | 755.25 |
| Travel Per Diem | | | | 50.00 |
| | 50:05 | | 1,047.37 | 3,788.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Wage Tax | -10.47 | -37.38 |
| Occupational Tax | -1.00 | -4.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -72.00 | -234.00 |
| Social Security Employee | -64.94 | -231.77 |
| Medicare Employee | -15.18 | -54.20 |
| PA - Withholding | -32.15 | -114.75 |
| PA - Unemployment Employee | -0.63 | -2.24 |
| | -196.37 | -678.34 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support Garnishment | -150.00 | -600.00 |

| Net Pay | 701.00 | 2,509.91 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
|  | 701.00 |

Memo
Direct Deposit

Allegheny Contracting, LLC
13374 Boot Jack Rd.
Ridgway, PA. 15853

Derek S Kerr
8 Elm Drive
Brookville, PA 15825

Direct Deposit

| Employee Pay Stub | | | | | Pay Period: 07/28/2019 - 08/03/2019 | | Pay Date: 08/09/2019 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Derek S Kerr, 8 Elm Drive, Brookville, PA 15825 | | | | | | Married/Withhold | Fed-2/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Hourly - Field | 40:00 | 19.00 | 760.00 | 2,223.00 | | 701.01 |
| Overtime (x1.5) hourly - Field | 10:05 | 28.50 | 287.37 | 467.88 | Memo | |
| Travel Per Diem | | | | 50.00 | Direct Deposit | |
| | 50:05 | | 1,047.37 | 2,740.88 | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Wage Tax | -10.47 | -26.91 |
| Occupational Tax | -1.00 | -3.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -72.00 | -162.00 |
| Social Security Employee | -64.93 | -166.83 |
| Medicare Employee | -15.19 | -39.02 |
| PA - Withholding | -32.15 | -82.60 |
| PA - Unemployment Employee | -0.62 | -1.61 |
| | -196.36 | -481.97 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support Garnishment | -150.00 | -450.00 |

| Net Pay | 701.01 | 1,808.91 |
|---|---|---|

Allegheny Contracting, LLC
13374 Boot Jack Rd.
Ridgway, PA. 15853




Derek S Kerr
8 Elm Drive
Brookville, PA 15825


Direct Deposit


| Employee Pay Stub | | | | | Pay Period: 07/21/2019 - 07/27/2019 | | Pay Date: 08/02/2019 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Derek S Kerr, 8 Elm Drive, Brookville, PA 15825 | | | | | | Married/Withhold | Fed-2/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Field | 40:00 | 19.00 | 760.00 | 1,463.00 |
| Overtime (x1.5) hourly - Field | 6:20 | 28.50 | 180.51 | 180.51 |
| Travel Per Diem | | | | 50.00 |
| | 46:20 | | 940.51 | 1,693.51 |

| Direct Deposit | Amount |
|---|---|
| | 619.71 |
| Memo | |
| Direct Deposit | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Wage Tax | -9.41 | -16.44 |
| Occupational Tax | -1.00 | -2.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -59.00 | -90.00 |
| Social Security Employee | -58.31 | -101.90 |
| Medicare Employee | -13.64 | -23.83 |
| PA - Withholding | -28.87 | -50.45 |
| PA - Unemployment Employee | -0.57 | -0.99 |
| | -170.80 | -285.61 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support Garnishment | -150.00 | -300.00 |

| Net Pay | 619.71 | 1,107.90 |
|---|---|---|

Allegheny Contracting, LLC
13374 Boot Jack Rd.
Ridgway, PA. 15853

Derek S Kerr
8 Elm Drive
Brookville, PA 15825

Direct Deposit

**Employee Pay Stub**

Pay Period: 07/14/2019 - 07/20/2019    Pay Date: 07/26/2019

**Employee**

Derek S Kerr, 8 Elm Drive, Brookville, PA 15825

| SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|
|  | Married/Withhold | Fed-2/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Field | 37:00 | 19.00 | 703.00 | 703.00 |
| Travel Per Diem | 2.00 | 25.00 | 50.00 | 50.00 |
|  | 37:00 |  | 753.00 | 753.00 |

| Direct Deposit | Amount |
|---|---|
|  | 488.19 |

**Memo**

Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Wage Tax | -7.03 | -7.03 |
| Occupational Tax | -1.00 | -1.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -31.00 | -31.00 |
| Social Security Employee | -43.59 | -43.59 |
| Medicare Employee | -10.19 | -10.19 |
| PA - Withholding | -21.58 | -21.58 |
| PA - Unemployment Employee | -0.42 | -0.42 |
|  | -114.81 | -114.81 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support Garnishment | -150.00 | -150.00 |

| Net Pay | 488.19 | 488.19 |
|---|---|---|

| Company Name: | Penn Line Service Inc |
|---|---|
| Employee ID#: | ███ |
| Employee Name: | DEREK S KERR |
| Pay Period: | 07/01/19 to 07/07/19 |

PennLine®
Penn Line Service, Inc. • 300 Scottdale Avenue • Scottdale, PA 15683

Control # ███

| DESCRIPTION | HOURS | RATE | EARNINGS | YTD TOTAL | DESCRIPTION | DEDUCTIONS | YTD TOTAL | OTHER | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 1.50 | 17.50 | 26.25 | | Dental Insurance Deduc | 13.35 | 373.80 | Travel Pay (E/C) | 0.00 |
| Regular Hours | 30.00 | 28.10 | 843.00 | 23,069.71 | Vision Insurance Deduc | 0.00 | 146.79 | TD Travel Pay (E/C) | 170.00 |
| Overtime Hours | 5.00 | 42.15 | 210.75 | 2,942.26 | Federal Income Tax W/ | 93.31 | 2,206.64 | | |
| Pay Adjustment | | | 0.00 | 84.30 | Social Security W/Held | 66.13 | 1,609.24 | | |
| Bonus Earnings | | | 0.00 | 380.20 | Medicare W/Held | 15.47 | 376.39 | | |
| | | | | | PA State Income Tax W | 32.75 | 796.85 | | |
| | | | | | PA State Unemploymen | 0.65 | 15.90 | | |
| | | | | | Employee City W/Held | 10.67 | 256.83 | | |
| | | | | | Union Dues | 68.49 | 1,609.84 | | |
| | | | | | WPA Laborers | 0.00 | 271.00 | | |
| | | | | | Garnishment 1 | 0.00 | 54.46 | | |
| | | | | | PA Child Support 1 | 394.33 | 6,705.49 | | |
| | | | | | PA Admin Charge 1 | 0.00 | 50.00 | | |

| CURRENT HOURS | CURRENT EARNINGS | CURRENT DEDUCTIONS | OTHER ADDITIONS | CURRENT CHECK AMOUNT | YTD TOTAL EARNINGS | YTD DEDUCTIONS | YTD OTHER ADDITIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|---|
| 36.50 | 1,080.00 | 695.15 | 0.00 | 384.85 | 26,476.47 | 14,473.23 | 170.00 | 12,173.24 |



Penn Line Service, Inc. • 300 Scottdale Avenue • Scottdale, PA 15683

DEREK S KERR
216 PANIC KNOXDALE RD
REYNOLDSVILLE, PA 15851

** DIRECT DEPOSIT STUB **

** VOID ** VOID ** VOID ** VOID **
** VOID ** VOID ** VOID ** VOID **

Company Name:   Penn Line Service Inc
Employee ID#:   ▮▮▮▮
Employee Name:  DEREK S KERR
Pay Period:     06/24/19 to 06/30/19

# PennLine®
Penn Line Service, Inc. • 300 Scottdale Avenue • Scottdale, PA 15683

Control # ▮▮▮▮▮▮

| DESCRIPTION | HOURS | RATE | EARNINGS | YTD TOTAL | DESCRIPTION | DEDUCTIONS | YTD TOTAL | OTHER | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 3.50 | 17.50 | 61.25 | | Dental Insurance Deduc | 13.35 | 360.45 | Travel Pay (E/C) | 0.00 |
| Regular Hours | 31.50 | 28.10 | 885.15 | | Vision Insurance Deduc | 20.97 | 146.79 | TD Travel Pay (E/C) | 170.00 |
| Regular Hours | 5.00 | 28.83 | 144.15 | 22,200.46 | Federal Income Tax W/ | 115.44 | 2,113.33 | | |
| Overtime Hours | 1.00 | 26.25 | 26.25 | | Social Security W/Held | 77.57 | 1,543.11 | | |
| Overtime Hours | 4.00 | 42.15 | 168.60 | 2,731.51 | Medicare W/Held | 18.14 | 360.92 | | |
| Pay Adjustment | | | 0.00 | 84.30 | PA State Income Tax W | 38.41 | 764.10 | | |
| Bonus Earnings | | | 0.00 | 380.20 | PA State Unemploymen | 0.79 | 15.25 | | |
| | | | | | Employee City W/Held | 12.54 | 246.16 | | |
| | | | | | Union Dues | 77.86 | 1,541.35 | | |
| | | | | | WPA Laborers | 39.00 | 271.00 | | |
| | | | | | Garnishment 1 | 0.00 | 54.46 | | |
| | | | | | PA Child Support 1 | 394.33 | 6,311.16 | | |
| | | | | | PA Admin Charge 1 | 0.00 | 50.00 | | |

| CURRENT HOURS | CURRENT EARNINGS | CURRENT DEDUCTIONS | OTHER ADDITIONS | CURRENT CHECK AMOUNT | YTD TOTAL EARNINGS | YTD DEDUCTIONS | YTD OTHER ADDITIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|---|
| 45.00 | 1,285.40 | 808.40 | 0.00 | 477.00 | 25,396.47 | 13,778.08 | 170.00 | 11,788.39 |



DEREK S KERR
216 PANIC KNOXDALE RD
REYNOLDSVILLE, PA 15851

** DIRECT DEPOSIT STUB **

** VOID ** VOID ** VOID ** VOID **
** VOID ** VOID ** VOID ** VOID **

| Company Name: | Penn Line Service Inc |
|---|---|
| Employee ID#: | |
| Employee Name: | DEREK S KERR |
| Pay Period: | 06/10/19 to 06/16/19 |

Control #

| DESCRIPTION | HOURS | RATE | EARNINGS | YTD TOTAL | DESCRIPTION | DEDUCTIONS | YTD TOTAL | OTHER | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 30.00 | 28.10 | 843.00 | | Dental Insurance Deduc | 13.35 | 333.75 | Travel Pay (E/C) | 0.00 |
| Regular Hours | 8.00 | 28.99 | 231.92 | 19,888.65 | Vision Insurance Deduc | 0.00 | 125.82 | TD Travel Pay (E/C) | 170.00 |
| Overtime Hours | 2.00 | 42.15 | 84.30 | 2,536.66 | Federal Income Tax W/ | 102.81 | 1,895.53 | | |
| Bonus Earnings | | | 0.00 | 330.20 | Social Security W/Held | 71.04 | 1,382.32 | | |
| | | | | | Medicare W/Held | 16.62 | 323.31 | | |
| | | | | | PA State Income Tax W | 35.18 | 684.48 | | |
| | | | | | PA State Unemploymen | 0.70 | 13.64 | | |
| | | | | | Employee City W/Held | 11.46 | 220.20 | | |
| | | | | | Union Dues | 75.34 | 1,384.11 | | |
| | | | | | WPA Laborers | 0.00 | 232.00 | | |
| | | | | | Garnishment 1 | 0.00 | 54.46 | | |
| | | | | | PA Child Support 1 | 394.33 | 5,522.50 | | |
| | | | | | PA Admin Charge 1 | 0.00 | 50.00 | | |

| CURRENT HOURS | CURRENT EARNINGS | CURRENT DEDUCTIONS | OTHER ADDITIONS | CURRENT CHECK AMOUNT | YTD TOTAL EARNINGS | YTD DEDUCTIONS | YTD OTHER ADDITIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|---|
| 40.00 | 1,159.22 | 720.83 | 0.00 | 438.39 | 22,755.51 | 12,222.12 | 170.00 | 10,703.39 |



Penn Line Service, Inc. • 300 Scottdale Avenue • Scottdale, PA 15683

DEREK S KERR
216 PANIC KNOXDALE RD
REYNOLDSVILLE, PA 15851

** DIRECT DEPOSIT STUB **

** VOID ** VOID ** VOID ** VOID **
** VOID ** VOID ** VOID ** VOID **

Company Name: Penn Line Service Inc
Employee ID#: ███
Employee Name: DEREK S KERR
Pay Period: 06/03/19 to 06/09/19

Control # ███



| DESCRIPTION | HOURS | RATE | EARNINGS | YTD TOTAL | DESCRIPTION | DEDUCTIONS | YTD TOTAL | OTHER | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 3.00 | 17.50 | 52.50 | | Dental Insurance Deduc | 13.35 | 320.40 | Travel Pay (E/C) | 30.00 |
| Regular Hours | 14.00 | 22.77 | 318.78 | | Vision Insurance Deduc | 0.00 | 125.82 | TD Travel Pay (E/C) | 170.00 |
| Regular Hours | 23.00 | 28.10 | 646.30 | 18,813.73 | Federal Income Tax W/ | 145.55 | 1,792.72 | | |
| Overtime Hours | 1.00 | 34.155 | 34.16 | | Social Security W/Held | 93.13 | 1,311.28 | | |
| Overtime Hours | 11.00 | 42.15 | 463.65 | 2,452.36 | Medicare W/Held | 21.78 | 306.69 | | |
| Bonus Earnings | | | 0.00 | 330.20 | PA State Income Tax W | 46.11 | 649.30 | | |
| | | | | | PA State Unemploymen | 0.90 | 12.94 | | |
| | | | | | Employee City W/Held | 15.02 | 208.74 | | |
| | | | | | Union Dues | 93.33 | 1,308.77 | | |
| | | | | | WPA Laborers | 0.00 | 232.00 | | |
| | | | | | Garnishment 1 | 0.00 | 54.46 | | |
| | | | | | PA Child Support 1 | 394.33 | 5,128.17 | | |
| | | | | | PA Admin Charge 1 | 0.00 | 50.00 | | |

| CURRENT HOURS | CURRENT EARNINGS | CURRENT DEDUCTIONS | OTHER ADDITIONS | CURRENT CHECK AMOUNT | YTD TOTAL EARNINGS | YTD DEDUCTIONS | YTD OTHER ADDITIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|---|
| 52.00 | 1,515.39 | 823.50 | 30.00 | 721.89 | 21,596.29 | 11,501.29 | 170.00 | 10,265.00 |



Company Name: Penn Line Service Inc
Employee ID#: ██████
Employee Name: DEREK S KERR
Pay Period: 05/27/19 to 06/02/19



Control # ██████

| DESCRIPTION | HOURS | RATE | EARNINGS | YTD TOTAL | DESCRIPTION | DEDUCTIONS | YTD TOTAL | OTHER | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 3.00 | 17.50 | 52.50 | | Dental Insurance Deduc | 13.35 | 307.05 | Travel Pay (E/C) | 0.00 |
| Regular Hours | 26.00 | 28.10 | 730.60 | 17,796.15 | Vision Insurance Deduc | 20.97 | 125.82 | TD Travel Pay (E/C) | 140.00 |
| Overtime Hours | 1.00 | 42.15 | 42.15 | 1,954.55 | Federal Income Tax W/ | 60.22 | 1,647.17 | | |
| Bonus Earnings | | | 0.00 | 330.20 | Social Security W/Held | 49.04 | 1,218.15 | | |
| | | | | | Medicare W/Held | 11.47 | 284.91 | | |
| | | | | | PA State Income Tax W | 24.28 | 603.19 | | |
| | | | | | PA State Unemploymer | 0.49 | 12.04 | | |
| | | | | | Employee City W/Held | 7.90 | 193.72 | | |
| | | | | | Union Dues | 50.23 | 1,215.44 | | |
| | | | | | WPA Laborers | 39.00 | 232.00 | | |
| | | | | | Garnishment 1 | 0.00 | 54.46 | | |
| | | | | | PA Child Support 1 | 358.56 | 4,733.84 | | |
| | | | | | PA Admin Charge 1 | 0.00 | 50.00 | | |
| CURRENT HOURS | CURRENT EARNINGS | CURRENT DEDUCTIONS | OTHER ADDITIONS | CURRENT CHECK AMOUNT | YTD TOTAL EARNINGS | YTD DEDUCTIONS | YTD OTHER ADDITIONS | YTD NET PAY | |
| 30.00 | 825.25 | 635.51 | 0.00 | 189.74 | 20,080.90 | 10,677.79 | 140.00 | 9,543.11 | |



Penn Line Service, Inc. • 300 Scottdale Avenue • Scottdale, PA 15683

DEREK S KERR
216 PANIC KNOXDALE RD
REYNOLDSVILLE, PA 15851

** DIRECT DEPOSIT STUB **

** VOID ** VOID ** VOID ** VOID **
** VOID ** VOID ** VOID ** VOID **