# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      : Case No. 19-10852-TPA
**Derek S. Kerr,**                    :
                                      : Chapter 13
            **Debtor**                :
                                      :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 9th day of September, 2019, a true and correct copy of the Order dated September 6, 2019, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

> ALLEGHENY CONTRACTING, LLC
> 13374 BOOT JACK ROAD
> RIDGWAY, PA 15853
>
> DEREK S. KERR
> 8 ELM DRIVE
> BROOKVILLE, PA 15825

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: September 9, 2019

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470