# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : Case No. 19-10852-TPA
**Derek S. Kerr,**                                  :
                                                    : Chapter 13
            **Debtor**                              :
                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 14th day of October, 2019, a true and correct copy of the Order dated October 11, 2019, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

>    ALLEGHENY CONTRACTING, LLC
>    13374 BOOT JACK ROAD
>    RIDGWAY, PA 15853
>
>    DEREK S. KERR
>    8 ELM DRIVE
>    BROOKVILLE, PA 15825

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Executed on: <u>October 14, 2019</u> | /s/ Jessica L. Tighe |
|  | Jessica L. Tighe; Legal Asst. |
|  | The Law Offices of Kenny P. Seitz |
|  | P. O. Box 211 |
|  | Ligonier, PA  15658 |
|  | (814) 536-7470 |