## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :  **Case No. 19-10852-TPA**
**Derek S. Kerr,**                  :
                                    :  **Chapter 13**
                    **Debtor**      :
                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over

the age of eighteen years old under penalty of perjury that I served or caused to be served, on the

14th day of October, 2019, a true and correct copy of the Order dated October 11, 2019, together

with the above Debtor's Local Form No. 12 (with the complete social security number) by First-

Class Mail.  U.S. Postage paid on the Parties below:

GREEN ACRES CONTRACTING
148 PENNSYLVANIA AVENUE
P.O. BOX 463
SCOTTDALE, PA 15683

DEREK S. KERR
8 ELM DRIVE
BROOKVILLE, PA 15825

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.


Executed on: October 14, 2019

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470