**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−10852−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Derek S. Kerr
   8 Elm Drive
   Brookville, PA 15825

Social Security No.:
   xxx−xx−4495

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Telephone number:  814−536−7470

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
December 10, 2019
10:00 AM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

CONFIRMATION HEARING DATE/TIME/LOC
December 10, 2019
10:00 AM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 11/1/19

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-10852-TPA
Derek S. Kerr                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: dkam              Page 1 of 2           Date Rcvd: Nov 01, 2019
                            Form ID: rsc13          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2019.
```
db             +Derek S. Kerr,    8 Elm Drive,    Brookville, PA 15825-1010
15110084       +Cap1/cabelas,    4800 Nw 1st Street,    Lincoln, NE 68521-4463
15117458        Directv, LLC,    by American InfoSource as agent,    PO Box 5072,    Carol Stream, IL  60197-5072
15110087       #+Megan N. Kerr,    8 Elm Drive,    Brookville, PA 15825-1010
15110089       +Pa Sta Empcu,    P.o. Box 1006,    Harrisburg, PA 17108-1006
15110091       +S & T Bank,    800 Philadelphia,    Indiana, PA 15701-3908
15127769       +S&T Bank,    c/o S&T Bank Consumer Collections,    355 North Fifth St.,    Indiana, PA 15701-1940
15110094       +Toyota Motor Credit,    Po Box 9786,    Cedar Rapids, IA 52409-0004
15132630       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2019 03:07:08     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2019 03:13:20
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15142188       +E-mail/Text: g20956@att.com Nov 02 2019 03:07:31     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
15117725        E-mail/Text: mrdiscen@discover.com Nov 02 2019 03:06:54     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15110085       +E-mail/Text: mrdiscen@discover.com Nov 02 2019 03:06:54     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
15110086       +E-mail/Text: bknotice@ercbpo.com Nov 02 2019 03:07:21     Enhanced Recovery Co L,
                 Po Box 57547,    Jacksonville, FL 32241-7547
15142110        E-mail/PDF: cbp@onemainfinancial.com Nov 02 2019 03:13:07     ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
15110088       +E-mail/PDF: cbp@onemainfinancial.com Nov 02 2019 03:10:42     Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
15141694        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2019 03:13:21
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15110090       +E-mail/Text: bankruptcyteam@quickenloans.com Nov 02 2019 03:07:28     Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
15123983       +E-mail/Text: bankruptcyteam@quickenloans.com Nov 02 2019 03:07:28     Quicken Loans Inc.,
                 635 Woodward Ave.,    Detroit, MI 48226-3408
15110092       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2019 03:13:10     Syncb/lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
15110093       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2019 03:11:50     Syncb/walmart Dc,    Po Box 965024,
                 Orlando, FL 32896-5024
15110669       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2019 03:10:43     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15149020       +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2019 03:11:50     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
15142043        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 02 2019 03:12:07     Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 0315-1           User: dkam              Page 2 of 2              Date Rcvd: Nov 01, 2019
                               Form ID: rsc13          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2019 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Derek S. Kerr thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4
```