FILED
12/10/19 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DEREK S. KERR                                : Bankruptcy No. 19-10852-TPA
　　*Debtor*                                  : Chapter 13
                                             : Related to Claim No. 3
                                             :

## ORDER

**AND NOW**, this **10th** day of **December, 2019**, a **Notice of Postpetition Mortgage Fees, Expenses and Charges** ("Notice") having been filed by **Quicken Loans Inc.** regarding Claim No. 3, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore **ORDERED, ADJUDGED and DECREED** that:

(1)    There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtor to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

(2)    **On or before December 31, 2019**, unless the Trustee first acts pursuant to Paragraph 3, the Debtor shall file either:

(a)    An *AMENDED CHAPTER 13 PLAN;*
(b)    A *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt provided in the *Notice*; or
(c)    An *OBJECTION* to the *Notice* as stated and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

(3)    **On or before December 31, 2019,** the Trustee may file an **Objection** or **Motion** opposing the *Notice* as stated and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

(4)    *The failure of either the Debtor or the Trustee to timely file an Objection or Motion opposing the Notice* shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, **provided however**, that no payment thereon will be implemented by the Trustee until such time as Debtor files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Thomas P. Agresti
　　　　　　　　　　　　　　　　　　　　　　　　Thomas P. Agresti, Judge    jlm
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Case Administrator to serve:
Debtor
Kenneth P. Seitz, Esq.
James Warmbrodt, Esq.

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                          Case No. 19-10852-TPA
Derek S. Kerr                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: dkam                 Page 1 of 1          Date Rcvd: Dec 10, 2019
                              Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2019.
db             +Derek S. Kerr,    8 Elm Drive,   Brookville, PA 15825-1010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2019 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com, PitEcf@weltman.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Derek S. Kerr thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5