Case 19-10852-TPA    Doc 49    Filed 12/13/19    Entered 12/14/19 00:47:18    Desc Imaged
                       Certificate of Notice    Page 1 of 2

12/11/19 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR # 040508651

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| DEREK S KERR, ) | |
| ) | Bankruptcy No. 19-10852-TPA |
| Debtor, ) | |
| ) | Chapter 13 |
| PSECU, ) | |
| ) | Related to Document No. 36 |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| DEREK S KERR, DEBTOR, ) | |
| RONDA J. WINECOUR, TRUSTEE, ) | |
| Respondents. ) | |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR RELIEF

This cause came on for hearing this __11th__ day of __December__, 2019, in said District, upon the Motion of PSECU for Relief from Automatic Stay and for Co-Debtor Relief. Upon statements of counsel, the evidence and law:

This Court FINDS that PSECU is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2013 Jeep Wrangler VIN: 1C4BJWDG50L691501; that the Movant has not been adequately protected; that the Debtor has no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that PSECU be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that PSECU be and is hereby granted relief from the Automatic Stay to pursue the co-maker, Megan K. Kirk, for repayment of the obligation to Movant.

_____
Honorable Thomas P. Agresti
United States Bankruptcy Judge

Brian Langford
PA I.D. #324884
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
412-338-7102

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                  Case No. 19-10852-TPA
Derek S. Kerr                                                           Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: dkam                  Page 1 of 1                  Date Rcvd: Dec 11, 2019
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db             +Derek S. Kerr,    8 Elm Drive,    Brookville, PA 15825-1010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com, PitEcf@weltman.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Derek S. Kerr thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5