**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-10852-TPA |
| Derek S. Kerr, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED FEBRUARY 6, 2020**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 11th day of February, 2020, a true and exact copy of the Amended Chapter 13 Plan dated February 6, 2020, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: February 11, 2020

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          PRA Receivables Management, LLC          U.S. Bankruptcy Court
0315-1                                    PO Box 41021                             U.S. Courthouse, Room B160
Case 19-10852-TPA                         Norfolk, VA 23541-1021                   17 South Park Row
WESTERN DISTRICT OF PENNSYLVANIA                                                   Erie, PA 16501-1169
Erie
Tue Feb 11 08:41:43 EST 2020

AT&T Mobility II LLC                     Cap1/cabelas                             Directv, LLC
%AT&T SERVICES INC.                      4800 Nw 1st Street                       by American InfoSource as agent
KAREN A. CAVAGNARO  PARALEGAL            Lincoln, NE 68521-4463                   PO Box 5072
ONE AT&T WAY, SUITE 3A104                                                         Carol Stream, IL  60197-5072
BEDMINSTER, NJ. 07921-2693

Discover Bank                            Discover Fin Svcs Llc                    Enhanced Recovery Co L
Discover Products Inc                    Po Box 15316                             Po Box 57547
PO Box 3025                              Wilmington, DE 19850-5316                Jacksonville, FL 32241-7547
New Albany, OH  43054-3025

Megan N. Kerr                            ONEMAIN                                  Office of the United States Trustee
8 Elm Drive                              PO BOX 3251                              Liberty Center.
Brookville, PA 15825-1010                EVANSVILLE, IN. 47731-3251               1001 Liberty Avenue, Suite 970
                                                                                  Pittsburgh, PA 15222-3721

Onemain                                  Pa Sta Empcu                             (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Po Box 1010                              P.o. Box 1006                            PO BOX 41067
Evansville, IN 47706-1010                Harrisburg, PA 17108-1006                NORFOLK VA 23541-1067

Quicken Loans                            Quicken Loans Inc.                       S & T Bank
1050 Woodward Ave                        635 Woodward Ave.                        800 Philadelphia
Detroit, MI 48226-1906                   Detroit, MI 48226-3408                   Indiana, PA 15701-3908

S&T Bank                                 Syncb/lowes                              Syncb/walmart Dc
c/o S&T Bank Consumer Collections        Po Box 956005                            Po Box 965024
355 North Fifth St.                      Orlando, FL 32896-0001                   Orlando, FL 32896-5024
Indiana, PA 15701-1940

Synchrony Bank                           Synchrony Bank                           Toyota Motor Credit
c/o PRA Receivables Management, LLC      c/o of PRA Receivables Management, LLC   Po Box 9786
PO Box 41021                             PO Box 41021                             Cedar Rapids, IA 52409-0004
Norfolk VA 23541-1021                    Norfolk, VA 23541-1021

Toyota Motor Credit Corporation          Verizon                                  Derek S. Kerr
PO Box 9013                              by American InfoSource as agent          8 Elm Drive
Addison, Texas 75001-9013                PO Box 4457                              Brookville, PA 15825-1010
                                         Houston, TX  77210-4457

Kenneth P. Seitz                         Ronda J. Winnecour
Law Offices of Kenny P. Seitz            Suite 3250, USX Tower
P.O. Box 211                             600 Grant Street
Ligonier, PA 15658-0211                  Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PSECU                         (u)Quicken Loans Inc.                    End of Label Matrix
                                                                          Mailable recipients    28
                                                                          Bypassed recipients     2
                                                                          Total                  30