# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 19-10852-TPA** |
| **Derek S. Kerr,** | : | |
| Debtor | : | **Chapter 13** |
| | : | |
| **Derek S. Kerr,** | : | |
| Movant | : | |
| v. | : | |
| **Quicken Loans, Inc.,** | : | |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I electronically served the Interim Mortgage Modification Order dated March 16, 2020, on the Chapter 13 Trustee at the following e-mail address: LMP@chapter13trusteewdpa.com.

Date: March 17, 2020        /s/ Jessica L. Tighe
                             Jessica L. Tighe; Legal Assistant
                             Law Offices of Kenny P. Seitz
                             P.O. Box 211
                             Ligonier, PA 15658
                             Tel: 814.536-7470
                             Fax: 814.536-9924