# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-10852-TPA |
| **Derek S. Kerr,** | : | |
| Debtor | : | Chapter 13 |
| | : | |
| **Derek S. Kerr,** | : | |
| Movant | : | |
| v. | : | |
| **Quicken Loans, Inc.,** | : | |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Interim Mortgage Modification Order dated March 16, 2020, on the parties at the addresses on the attached matrix by first class mail.

Date: <u>March 17, 2020</u>    /s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536-7470
Fax: 814.536-9924

## MATRIX OF PARTIES SERVED

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Quicken Loans, Inc.
Attn: Mike Jagitsch
635 Woodward Avenue
Detroit, MI 48226

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Derek S. Kerr
8 Elm Drive
Brookville, PA 15825