**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 19-10852-TPA** |
| **Derek S. Kerr,** | : | |
| **Debtor** | : | **Chapter 13** |
| | : | |
| **Derek S. Kerr,** | : | |
| **Movant** | : | |
| **v.** | : | |
| **Quicken Loans, Inc.,** | : | |
| **Respondent** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

**CERTIFICATE OF SERVICE**

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am

over the age of eighteen years old and certify under penalty of perjury that I served the Order Extending

the Loss Mitigation Period dated on June 25, 2020, on the parties at the addresses on the attached matrix

by first class mail.


Date: <u>June 26, 2020</u>                    <u>/s/ Jessica L. Tighe</u>
                                              Jessica L. Tighe; Legal Assistant
                                              Law Offices of Kenny P. Seitz
                                              P.O. Box 211
                                              Ligonier, PA 15658
                                              Tel: 814.536-7470
                                              Fax: 814.536-9924

**MATRIX OF PARTIES SERVED**

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Quicken Loans, Inc.
Attn: Mike Jagitsch
635 Woodward Avenue
Detroit, MI 48226

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Derek S. Kerr
8 Elm Drive
Brookville, PA 15825