FILED
8/21/20 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-10852-TPA |
| Derek S. Kerr, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Derek S. Kerr, | : | Docket No. |
| Movant | : | |
| v. | : | Related to Docket No. 76 |
| Quicken Loans, Inc., | : | |
| Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## ORDER

A *Loss Mitigation Order* dated November 20, 2019, was entered in the above matter at Document No. 33. On August 10, 2020, a *Motion to Extend the Loss Mitigation Period* was filed by the Debtor, Derek S. Kerr at Document No. 76.

AND NOW, this 21st day of August, 20 20, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* October 5, 20 20.

Thomas P. Agresti    ljm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 19-10852-TPA
Derek S. Kerr                                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: dkam                 Page 1 of 1             Date Rcvd: Aug 21, 2020
                               Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
db             +Derek S. Kerr,    8 Elm Drive,    Brookville, PA 15825-1010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2020 at the address(es) listed below:
              Garry Alan Masterson    on behalf of Creditor    PSECU pitecf@weltman.com
              James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Derek S. Kerr thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5