FILED
10/7/20 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DEREK S. KERR | : | Case No. 19-10852-TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| DEREK S. KERR | : | Related to Doc Nos. 33, 34 & 84 |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| QUICKEN LOANS, INC. | : | Hearing: November 13, 2020 at 10:00 A.M. |
| *Respondent(s)* | : | |

## ORDER

On October 5, 2020, the Debtor filed a ***Motion to Extend Loss Mitigation Period*** at Document No. 84 ("Motion"), indicating a need for more time for the Respondent to provide a response as to the completion of the trial period plan and to provide the final modification documents, if applicable; Therefore,

*AND NOW*, this *7th* day of *October, 2020,* it is hereby **ORDERED, ADJUDGED and DECREED** that*:*

(1)    A ***Status Conference*** on compliance with the pending *Loss Mitigation Order*, dated November 20, 2019, is scheduled on ***November 13, 2020 at 10:00 A.M*** and will be convened via the ***Zoom Video Conference Application*** by following Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. ***Zoom Hearing.***    To join the Zoom hearing please

1

initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbling, at 814-464-9781.

(2) The Court requires Counsel appearing for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the Court's questions regarding the status of the pending LMP application and (the reason for additional time requested). Debtor(s) shall upload a copy of this Order on the Portal.

(3) The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within five (5) days.

‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case administrator to serve:
 Debtor
 Kenneth Seitz, Esq.
 Ronda Winnecour, Esq., Ch. 13 Trustee