FILED
10/7/20 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DEREK S. KERR | : | Case No. 19-10852-TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| DEREK S. KERR | : | Related to Doc Nos. 33, 34 & 84 |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| QUICKEN LOANS, INC. | : | Hearing: November 13, 2020 at 10:00 A.M. |
| | : | |
| *Respondent(s)* | : | |

# **ORDER**

On October 5, 2020, the Debtor filed a ***Motion to Extend Loss Mitigation Period*** at Document No. 84 ("Motion"), indicating a need for more time for the Respondent to provide a response as to the completion of the trial period plan and to provide the final modification documents, if applicable; Therefore,

*AND NOW*, this *7th* day of *October, 2020*, it is hereby **ORDERED, ADJUDGED and DECREED** that*:*

(1) A ***Status Conference*** on compliance with the pending *Loss Mitigation Order*, dated November 20, 2019, is scheduled on ***November 13, 2020 at 10:00 A.M*** and will be convened via the ***Zoom Video Conference Application*** by following Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. ***Zoom Hearing.*** To join the Zoom hearing please

1

initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbling, at 814-464-9781.

(2) The Court requires Counsel appearing for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the Court's questions regarding the status of the pending LMP application and (the reason for additional time requested). Debtor(s) shall upload a copy of this Order on the Portal.

(3) The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within five (5) days.

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    Kenneth Seitz, Esq.
    Ronda Winnecour, Esq., Ch. 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10852-TPA |
| Derek S. Kerr | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dkam | Page 1 of 1 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

**Recip ID         Recipient Name and Address**
db            +  Derek S. Kerr, 8 Elm Drive, Brookville, PA 15825-1010

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name                  Email Address**

Brian Nicholas
                    on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Garry Alan Masterson
                    on behalf of Creditor PSECU pitecf@weltman.com

Kenneth P. Seitz
                    on behalf of Debtor Derek S. Kerr thedebterasers@aol.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 5