# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/17/20 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re: : Case No.: 19-10852-TPA
:
Derek S. Kerr : Chapter: 13
:
    *Debtor(s).* :
: Date: 11/13/2020
: Time: 10:00

## PROCEEDING MEMO

**MATTER**  # 84 Motion to Extend the Loss Mitigation Period

**APPEARANCES:**
    Debtor: Kenneth P. Seitz
    Trustee: Ronda Winnecour
    Quicken Loans: Brian Nicholas

**NOTES:**

Nicholas: I have spoken to counsel, request 60 days. We are moving in the right direction. The Debtor was out of work for awhile. Debtor may decide to start a new loan mod so they have the benefit.

Seitz: Payment concerns from August to present. Debtor just started a new job this week. Debtor wants to complete the trial mod.

**OUTCOME:** Continued to 1/6/21 at 11am. LMP extended to hearing date.

ljm