# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : Case No. 19-10852-TPA
**Derek S. Kerr,**                                  :
                                                    : Chapter 13
      **Debtor**       :
                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of November, 2020, a true and correct copy of the Order dated November 17, 2020, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

    GREEN ACRES CONTRACTING
    148 PENNSYLVANIA AVENUE
    P.O. BOX 463
    SCOTTDALE, PA 15683

    DEREK S. KERR
    8 ELM DRIVE
    BROOKVILLE, PA 15825

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>November 19, 2020</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470