FILED
12/4/20 12:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Derek S. Kerr
Case Number: 19-10852-TPA             (Chapter 13)
Date / Time / Room: 12/01/2020 10:30 am / Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**  #12 - Status Conference of Plan dated 9/5/2019
#58 - Status Conference of Plan dated 2/6/2020

### *Appearances:*

Debtor: Seitz, Kenny
Trustee: (Winnecour) / Katz / DeSimone
Creditor: Mikston - Quicken

### *Proceedings:*

Recommended Outcome: Continued

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____
7. ✓ Plan/Motion continued to January 26, 2021 at 10:00 a.m.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by
Objections are due on or before _____.
A hearing on the Amended is set for _____ at _____.
9. ____ Other:

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: