Case 19-10852-TPA    Doc 104    Filed 01/08/21    Entered 01/08/21 12:11:52    Desc Main
Document      Page 1 of 1

FILED
1/8/21 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10852-TPA |
| | : | | |
| Derek S. Kerr | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 1/6/2021 |
| | : | Time: | 11:00 |

**PROCEEDING MEMO**

**MATTER**      #84 Cont. Motion to Extend the Loss Mitigation Period

**APPEARANCES:**

Debtor:        Kenneth P. Seitz
Trustee:       James Warmbrodt
Quicken Loans: Brian Nicholas

**NOTES:**

Seitz:       I spoke with Counsel we have a final modification. LMP is extended until today.

Nicholas:    Agree

**OUTCOME:**    LMP extended 45 days

*[signature]*
ljm