**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 19-10852-TPA** |
| **Derek S. Kerr,** | : | |
| Debtor | : | **Chapter 13** |
| | : | |
| **Derek S. Kerr,** | : | **Related to Docket No. 107** |
| Movant | : | |
| v. | : | |
| **Quicken Loans, Inc.,** | : | |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

## LOAN MODIFICATION SUMMARY

Property Valuation:      $ 139,500.00            Source: Quicken Loans, Inc.

Original Loan Amount: $ 110,461.00            Origination Date: December 18, 2015

Prepetition Arrears:    $ 9,003.15

| As of Petition Date | | Under Proposed Modification |
|---|---|---|
| $110,344.67 | **Principal Balance** | $117,004.00 |
| 3.750% | **Interest Rate** | 3.250% |
| January 1, 2046 | **Maturity Date** | August 1, 2050 |
| $583.34 | **P&I Payment** | $509.21 |
| $285.90 | **Escrow Payment** | $377.48 |
| $869.24 | **Total Payment** | $886.69 |
| $0.00 | **Balloon Payment** | $0.00 |
| $0.00 | **Cumulative Interest** | $0.00 |
| 79.10% | **LTV** | 83.87% |
| $1,340.00 | **Ch. 13 Payment** | $1,075.00 |
| $0.00 | **Ch. 13 Pmt. (Arrears)** | $0.00 |

**Any other term(s) in which there is a substantive difference between the original loan and the proposed modified loan:**