IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-10852-TPA |
| Derek S. Kerr, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Derek S. Kerr, | : | Docket No. 110 |
| Movant | : | |
| v. | : | Hearing Date & Time: March 3, 2021 |
| Quicken Loans, Inc., | : | 10:00 AM |
| Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification Agreement filed on January 29, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification Agreement appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve Loan Modification Agreement were to be filed and served no later than February 16, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Approve Loan Modification Agreement be entered by the Court.

Dated: February 17, 2021

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470