# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           :
                                                 : Case No. 19-10852-TPA
**Derek S. Kerr,**                               :
                                                 : Chapter 13
      **Debtor**    :
                                                 :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 6th day of October, 2021, a true and correct copy of the Order dated October 5, 2021, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> WILSON EXCAVATING AND GRADING
> 407 E. NESHANNOCK AVENUE
> WILMINGTON, PA 16142
>
> DEREK S. KERR
> 8 ELM DRIVE
> BROOKVILLE, PA 15825

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>October 6, 2021</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470