# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 19-10852-TPA
**Derek S. Kerr,** :
: Chapter 13
**Debtor** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 25th day of March, 2022, a true and correct copy of the Order dated March 23, 2022, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    PENNLINE SERVICE
    300 SCOTTDALE AVENUE
    SCOTTDALE, PA 15683

    DEREK S. KERR
    8 ELM DRIVE
    BROOKVILLE, PA 15825

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>March 25, 2022</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470