**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DEREK S KERR<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>      vs.<br>No Respondents. | Case No.:19-10852<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

September 26, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/23/2019 and confirmed on 12/11/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,997.79 |
| Less Refunds to Debtor | 155.02 | |
| TOTAL AMOUNT OF PLAN FUND | | 38,842.77 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,580.00 | |
|   Trustee Fee | 1,808.39 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,388.39 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN  Acct: 2829 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUICKEN LOANS LLC FKA QUICKEN LOAN  Acct: 2829 | 5,309.52 | 5,309.52 | 0.00 | 5,309.52 |
| QUICKEN LOANS LLC FKA QUICKEN LOAN  Acct: 2829 | 25,977.91 | 25,977.91 | 0.00 | 25,977.91 |
| QUICKEN LOANS LLC FKA QUICKEN LOAN  Acct: 2829 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA STATE EMPLOYEES CU/PSECU  Acct: 0010 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP (TMCC)  Acct: 0023 | 604.02 | 604.02 | 562.93 | 1,166.95 |
| ONE MAIN FINANCIAL GROUP LLC(*)  Acct: 8567 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 32,454.38 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DEREK S KERR  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DEREK S KERR  Acct: | 23.08 | 23.08 | 0.00 | 0.00 |
| DEREK S KERR  Acct: | 131.94 | 131.94 | 0.00 | 0.00 |
| LAW OFFICES OF KENNETH P SEITZ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KENNETH P SEITZ ESQ  Acct: | 3,580.00 | 3,580.00 | 0.00 | 0.00 |
| KENNETH P SEITZ ESQ  Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| QUICKEN LOANS LLC FKA QUICKEN LOAN  Acct: 2829 | 0.00 | 0.00 | 0.00 | 0.00 |

***N O N E***

19-10852 Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   CAPITAL ONE**  <br>    Acct: 7476 | 0.00 | 0.00 | 0.00 | 0.00 |
|   DISCOVER BANK(*)  <br>    Acct: 7802 | 0.00 | 0.00 | 0.00 | 0.00 |
|   DISCOVER BANK(*)  <br>    Acct: 1502 | 1,730.55 | 0.00 | 0.00 | 0.00 |
|   ERC  <br>    Acct: 2435 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ONE MAIN FINANCIAL GROUP LLC(*)  <br>    Acct: 8567 | 1,679.83 | 0.00 | 0.00 | 0.00 |
|   S & T BANK(*)  <br>    Acct: 5037 | 7,218.13 | 0.00 | 0.00 | 0.00 |
|   SYNCHRONY BANK BY AIS INFOSOURCE  <br>    Acct: 8044 | 4,594.02 | 0.00 | 0.00 | 0.00 |
|   PORTFOLIO RECOVERY ASSOCIATES, LL  <br>    Acct: 7878 | 5,326.58 | 0.00 | 0.00 | 0.00 |
|   DIRECTV LLC BY AMERICAN INFOSOURC  <br>    Acct: 0136 | 170.88 | 0.00 | 0.00 | 0.00 |
|   TOYOTA MOTOR CREDIT CORP (TMCC)  <br>    Acct: 0023 | 3,138.42 | 0.00 | 0.00 | 0.00 |
|   VERIZON BY AMERICAN INFOSOURCE AS  <br>    Acct: 0001 | 800.67 | 0.00 | 0.00 | 0.00 |
|   AT & T MOBILITY II LLC  <br>    Acct: 5086 | 568.96 | 0.00 | 0.00 | 0.00 |
|   SYNCHRONY BANK  <br>    Acct: 7878 | 0.00 | 0.00 | 0.00 | 0.00 |
|   KML LAW GROUP PC*  <br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MEGAN KERR  <br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\*\*\*N O N E\*\*\*

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 32,454.38 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 31,891.45 |
| UNSECURED | 25,228.04 |

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DEREK S KERR

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:19-10852

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10852-JCM |
| Derek S. Kerr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Derek S. Kerr, 8 Elm Drive, Brookville, PA 15825-1010 |
| 15110087 | #+ | Megan N. Kerr, 8 Elm Drive, Brookville, PA 15825-1010 |
| 15110089 | + | Pa Sta Empcu, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 15110091 | + | S & T Bank, 800 Philadelphia, Indiana, PA 15701-3908 |
| 15127769 | + | S&T Bank, c/o S&T Bank Consumer Collections, 355 North Fifth St., Indiana, PA 15701-1940 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 01:29:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2023 01:48:55 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15142188 | + | Email/Text: g20956@att.com | Sep 29 2023 01:14:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15110084 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:26:58 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15117458 | | Email/Text: G06041@att.com | Sep 29 2023 01:14:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15117725 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15110085 | + | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 15110086 | + | Email/Text: bknotice@ercbpo.com | Sep 29 2023 01:14:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15142110 | | Email/PDF: cbp@omf.com | Sep 29 2023 01:10:14 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15110088 | + | Email/PDF: cbp@omf.com | Sep 29 2023 01:08:37 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15141694 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 02:53:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15110090 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 29 2023 01:14:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15123983 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 29 2023 01:14:00 | Quicken Loans Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |

Case 19-10852-JCM    Doc 196    Filed 09/30/23    Entered 10/01/23 00:29:52    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 24 |

| 15110092 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:49:09 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15110093 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:08:38 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15110669 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2023 01:28:10 | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15110094 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 29 2023 01:12:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15132630 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 29 2023 01:11:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15142043 | | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2023 01:49:09 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PSECU |
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15149020 | *+ | Synchrony Bank, c/o AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor PSECU pitecf@weltman.com |
| Kenneth P. Seitz | on behalf of Debtor Derek S. Kerr thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1 User: auto Page 3 of 3
Date Rcvd: Sep 28, 2023 Form ID: pdf900 Total Noticed: 24

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6