**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1   Derek S. Kerr

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   19-10852 TPA

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 2829

**Date of payment change:**
Must be at least 21 days after date of this notice          10/01/2022

**New total payment:**          $878.42
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $359.13          New escrow payment:  $369.21

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%          New interest rate:  _____%

   Current principal and interest payment: $_____          New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   Current mortgage payment: $_____          New mortgage payment: $_____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

Document ID: f3e2b94f8f9d91826f76f099386b452519b4ca0a24fcbebfff67a41c1a8cda16

| Debtor(s) | <u>Derek</u> | <u>S.</u> | <u>Kerr</u> | Case number *(if known)* <u>19-10852 TPA</u> |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/<u>Brian C. Nicholas (Atty ID: 317240)</u>    Date   08/15/2022
Signature
Print: Brian Nicholas
15 Aug 2022, 13:13:29, EDT

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>          <u>Market Street, Suite 5000</u>
          Number       Street
          Philadelphia,                       PA    19106
          City                                State  ZIP Code

Contact phone  (215) 627–1322     Email  bkgroup@kmllawgroup.com